# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 2, 2014

## NO. 03-14-00139-CV

**George Alejos, Appellant**

**v.**

**The State of Texas and VIA Metropolitan Transit Advanced Transportation District, Appellees**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on February 25, 2014 in the Bond Appeal. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands that issue to the district court for a new bond hearing. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.